

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 19CR0433-GPC |
|---|---|
| Plaintiff, | ORDER OF CRIMINAL FORFEITURE |
| v. | |
| JORGE EARL, | |
| Defendant. | |

WHEREAS, in the Superseding Information in the above-captioned case, the United States sought forfeiture of all right, title and interest in specific properties of the above-named defendant, JORGE EARL ("Defendant"), pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), as properties involved in the commission of the violation of 18 U.S.C. § 922(g)(1); and

WHEREAS, on or about February 12, 2019, the above-referenced properties were administratively forfeited in the Southern District of California by the United States Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"); and

WHEREAS, on or about July 11, 2019, Defendant pled guilty before Magistrate Judge Michael S. Berg to Count 1 of the Superseding Information, which plea included consent to the forfeiture allegation of the Superseding Information, including forfeiture of **One (1) F.I.E. Titan Pistol CAL:25 SN:Obliterated; and one (1) round of Fiocchi Ammunition CAL:635**; and

WHEREAS, by virtue of the facts set forth in the Plea Agreement and Forfeiture Addendum, the United States has established the requisite nexus between the forfeited properties and the offense; and

WHEREAS, on or about July 24, 2019 this Court accepted the guilty plea of Defendant; and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Based upon the guilty plea of the Defendant, all right, title and interest of Defendant JORGE EARL in the following properties are hereby forfeited to the United States: **One (1) F.I.E. Titan Pistol CAL:25 SN:Obliterated; and one (1) round of Fiocchi Ammunition CAL:635.**

2. As the aforementioned assets were previously forfeited administratively, no ancillary proceedings or further forfeiture action is required to enforce the forfeiture in this case as to Defendant JORGE EARL.

Dated: 7/26/19

Honorable Gonzalo P. Curiel
United States District Court Judge